Tesser & Cohen
946 Main Street
Hackensack, New Jersey 07601
Telephone No. (201) 343-1100
swinkles@tessercohen.com
By: Stephen Paul Winkles

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re | ) |
|---|---|
| | ) |
| ALEJANDRO V. PEREZ | ) **Chapter 13** |
| CATHLEEN H. PEREZ, | ) |
| Debtor. | ) **Case No. 10-24182** |
| | ) |
| | ) |

## OBJECTION TO CONFIRMATION OF PLAN

Tesser & Cohen, creditor, by way of objection to the Debtors' proposed plan respectfully objects as follow:

Tesser & Cohen is a secured creditor in this matter by way of an attorney restraining lien, as set forth in its proof of claim. Tesser & Cohen, despite being a secured creditor, was not listed on Debtor's Chapter 13 Plan and Motions – Fourth Amended. The Debtor's Chapter 13 Plan should be amended to include Tesser & Cohen as a secured creditor.

WHEREFORE, Tesser & Cohen, creditor, prays that confirmation of the Debtors' Chapter 13 plan in its present form be denied.

Dated:   February 1, 2012         By: /s/ Stephen Paul Winkles
                                          Tesser & Cohen